IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. BRANDON A. MINES, )<br><br>Plaintiff, )<br><br>v. )<br><br>EMORY HEALTHCARE, INC., )<br>THE EMORY CLINIC, INC., )<br>EMORY UNIVERSITY SCHOOL )<br>OF MEDICINE, THE ATLANTA )<br>FALCONS FOOTBALL CLUB, )<br>LLC, DR. SCOTT BODEN, and )<br>DR. KENNETH MAUTNER, )<br>in their individual and )<br>professional capacities, )<br><br>Defendants. )<br>_____ ) | JURY TRIAL DEMANDED<br><br>CIVIL ACTION FILE NO. |

## VERIFICATION

Plaintiff Brandon A. Mines, having personally appeared before the undersigned notary public, states and affirms that the facts set forth in this Complaint are true and correct to the best of his knowledge and belief.

_____
Brandon A. Mines, Plaintiff

Sworn to and signed before me this
___ day of May, 2024.

_____
Notary Public
My commission expires: MAY 10 2026

1