**EXHIBIT A**

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse side before completing this form. | ENTER CHARGE NUMBER<br>☐ FEPA<br>☒ EEOC.  **Charge No. 410-2023-08798** |
|---|---|

_____ **and EEOC**
**(State or local agency, if any)**

| NAME (Indicate Mr., Ms., or Mrs.]<br>**Dr. Brandon A. Mines** | Home Telephone No.<br>**(404) 290-8024** | |
|---|---|---|
| STREET ADDRESS  (CITY, STATE AND ZIP CODE , COUNTY )<br>**1690 S. Johnson Ferry Rd NE Atlanta, GA 30319** | | D.O.B. (if age claim) |

NAME IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>**Emory Healthcare, Inc., Emory Clinic, Inc., and Emory University School of Medicine** | NO. OF EMPLOYEES/MEMBERS<br>**500+** | TELEPHONE NUMBER<br>**(404) 778-3350** |
|---|---|---|
| STREET ADDRESS        CITY, STATE AND ZIP CODE<br>**1599 Clifton Rd    Atlanta, GA 30322** | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es)*<br> **X** RACE  __ COLOR  _SEX  __RELIGION  __ NATIONAL ORIGIN<br> __ RETALIATION  __AGE  DISABILITY __ GENETIC INFORMATION<br> __OTHER (Specify) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE *(Month, day, year)*<br>**May 11, 2023 (termination of Head Team Medical Physician)** |
|---|---|

I am a board-certified family medicine and sports medicine physician. On October 1, 2005, I was hired by the Emory Clinic, Inc and Emory University School of Medicine (hereinafter "Emory Healthcare") as an Assistant Professor of Orthopedics. In addition to my core responsibilities as an Assistant Professor and primary care physician, I have served as the Head Team Medical Physician and primary sports medicine and concussion specialist for the NFL's Atlanta Falcons since 2014. I also serve as the Head Team Physician for the WNBA's Atlanta Dream and I am an Associate Team Physician for the NBA's Atlanta Hawks.

Over the years, I have earned recognition in the NFL and served as one of the 12 valued members of the NFL's Head, Neck, and Spine Committee, the NFL Lower Extremity Soft Tissue Injury Task Force, and the NFL Diversity in Sports Medicine Pipeline Initiative. With respect to the NFL Diversity Initiative, I was one of the few Black sports medicine physicians to lead the charge and it was under my leadership that the Atlanta Falcons got involved. In April 2023, I was invited to join the NFL Physician Society (NFLPS) Board. My appointment would have been confirmed at the May 2023 NFLPS meeting.

On March 14, 2023, I was presented with a multi-year contract (covering 2023 – 2027) by Dr. Scott Boden, VP for Business Innovation, Emory Healthcare (hereinafter "Boden"). While the contract is between the Atlanta Falcons and Emory Healthcare, as a Head Team Physician, my signature, as well as the other Head Team Physicians, are explicitly required to execute the contract.

After carefully reviewing the contract, I had several concerns. Between March 14 and March 28, I raised my concerns with Boden, with Terry Fontenot, General Manager of the Atlanta Falcons (hereinafter "Fontenot"), with Jake Pfiel (hereinafter "Pfiel"), and with Allen Sills, Chief Medical Officer for the NFL. After thorough discussions with all parties, I signed the contract on March 28, 2023.  Unbeknownst to me, Emory continued negotiating the contract with the Falcons after I had signed the agreement. Upon information and belief, the Falcons updated the agreement at the express direction of the NFL to come into compliance with the 2020 NFL rules (i.e., the very same concerns that I raised with Emory and the Falcons about the contract).

After signing the contract, I had every expectation that I would continue to serve as the Head Team Medical Physician for the Falcons, just as I had since 2014. In fact, on March 27, Boden assured me that I would continue to be the Head Team Physician and offered to give me a letter from the Falcons confirming my title.

Shockingly and without warning, on May 11, 2023, I was fired from the Falcons. During a meeting with Falcons GM Fontenot to complain about Falcons Trainer, Pfiel (ongoing verbal abuse, unprofessionalism, and overall disrespect) – Fontenot told me I was fired, effective immediately due to communication issues with Pfiel. He clarified that the decision to terminate me had been made the night before (May 10) by Dr. Boden and Rich McKay, CEO of the Atlanta Falcons.

[NARRATIVE CONTINUED ON NEXT PAGE]

**EXHIBIT A**

Despite being a fellow physician, a member of Emory Healthcare's senior leadership team, and the final decisionmaker in my termination, Boden asked Fontenot (Falcons GM) to tell me that I was fired. At the time of filing this charge, Boden has yet to speak to me about my termination. I have not received anything in writing from anyone at Emory advising me of my termination. However, Boden has spoken with my Emory colleagues about my termination.

Over the last few years, I have had several hostile experiences with Boden that felt racially discriminatory. Specifically, I have been promised leadership positions that never came to fruition. I have been repeatedly passed over for opportunities that I was the most qualified for. I have been publicly and privately scolded and chastised by Boden in a demeaning tone and manner that I have ever seen him take with any of my white collogues. I have also been subjected to "special" office policies and rules that only apply to me.

Now, because of this discriminatory termination, I no longer serve on any of the NFL committees that I was previously appointed to. I will receive a reduction in compensation from Emory. My professional reputation in the NFL has been irreparably harmed and my leadership in increasing diversity in the NFL has come to an abrupt halt. To add insult to injury, Boden and other Emory physicians are slandering my name in an intentional effort to cover up their discriminatory behavior towards me.

Before my termination, I was the ***only Black*** Head Team Medical Physician in ***all of the NFL***, and I was 1 of 2 Black physicians serving in a Head Team Physician in the NFL.  After my discriminatory termination, Emory now supports the Falcons with an ***all-white physician team*** and the NFL now has only 1 Black Head Team Physician out of 64 Head Team Physicians in the NFL.

In all my 18 years as a sports medicine physician at Emory, I have never been written up nor have I received a poor performance evaluation. In my almost 12 years with the Falcons, I have never been written up nor have I received negative feedback from anyone (with the exception of Pfiel, the Falcons Head trainer that I complained about).

I believe the decision to terminate me as Head Team Medical Physician of the Atlanta Falcons—after 12 years of stellar and continuous support—was influenced by my race. I believe I have been discriminated against on the basis of my race (Black/African-American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| **X**  I also want this charge filed with the EEOC.  I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Date                Charging Party (Signature)<br><br>Jun 11, 2023   *Brandon Mines*<br>Brandon Mines (Jun 11, 2023 23:01 EDT) | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF NOTARY<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

**EXHIBIT A**

PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974, Public Law 93-579: Authority for requesting the personal data and the uses are given below.)

1.  FORM NUMBER/TITLE/DATE. EEOC Form 5, CHARGE OF DISCRIMINATION, March 1984.

2.  AUTHORITY. 42 U.S.C.§ 2000e-5(b), 29 U.S.C. §211, 29 U.S.C.§ 626.

3.  PRINCIPAL PURPOSE (S). The purpose of the charge, whether recorded initially on this form or in some other way reduced to writing and later recorded on this form, is to invoke the jurisdiction of the Commission.

4.  ROUTINE USES. This form is used to determine the existence of facts which fall within the Commission's jurisdiction to investigate, determine, conciliate and litigate charges of unlawful employment practice. Information provided on this form will be used by Commission employees to guide the Commission's investigatory activities. This form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. A copy of this charge will ordinarily be served upon the person against whom the charge is made.

5.  WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Charges must be in writing and should identify the parties and action or policy complained of. Failure to have a charge which identifies the parties in writing may result in the Commission not accepting the charge. Charges under Title VII must be sworn to or affirmed. Charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to provide the requested information.

6.  [ ] Under Section 706 of Title VII of the Civil Rights Act of 1964, as amended, this charge will be deferred to and will be processed by the State or local agency indicated. Upon completion of the agency's processing, you will be notified of its final resolution in your case. If you wish EEOC to give Substantial Weight Review to the agency's findings, you must send us a request to do so, in writing, within fifteen (15) days of your receipt of the agency's finding. Otherwise, we will adopt the agency's finding as EEOC's and close your case.

NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of the Civil Rights Act of 1964, as amended, and Section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, state:

It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed a practice made an unlawful employment practice by this title or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or bearing under this title.

The Equal Pay Act of 1963 contains similar provisions. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.

**EXHIBIT A**

# 06.12.23_Final Draft Mines v Emory Healthcare_EEOC Charge

Final Audit Report                                                            2023-06-12

| | |
|---|---|
| Created: | 2023-06-12 |
| By: | Joy White (joy@flawedmasterpiece.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAlNW5Rm6qSoXRPKXLFycUHP23bVMKsQod |

## "06.12.23_Final Draft Mines v Emory Healthcare_EEOC Charge" History

Document created by Joy White (joy@flawedmasterpiece.com)
2023-06-12 - 2:08:26 AM GMT- IP address: 107.215.62.172

Document emailed to brandonmines@gmail.com for signature
2023-06-12 - 2:09:02 AM GMT

Email viewed by brandonmines@gmail.com
2023-06-12 - 2:58:51 AM GMT- IP address: 74.125.213.7

Signer brandonmines@gmail.com entered name at signing as Brandon Mines
2023-06-12 - 3:01:12 AM GMT- IP address: 75.48.47.239

Document e-signed by Brandon Mines (brandonmines@gmail.com)
Signature Date: 2023-06-12 - 3:01:14 AM GMT - Time Source: server- IP address: 75.48.47.239

Agreement completed.
2023-06-12 - 3:01:14 AM GMT

**Adobe Acrobat Sign**