**EXHIBIT B**



JOY WHITE

EMAIL: JWHITE@THEWHITELEGALGROUP.COM

DIRECT DIAL: (404) 394-8344

March 11, 2024

*Via Electronic Filing (EEOC Digital Charge System)*
*and Jerome.locke@eeoc.gov*

Mr. Jerome Locke
Federal Investigator
U.S. EEOC Atlanta District Office
100 Alabama Street, Suite 4R30
Atlanta, GA  30303

> *Re:*    Amendment to EEOC Charge No. 410-2023-08798:
> *Mines vs. Emory Healthcare*

Dear Investigator Locke:

On behalf of Charging Party Mines, please accept this correspondence as an amendment to EEOC Charge No. 410-2023-08798 filed on or around June 12, 2023. After further review and investigation, we have determined that additional individuals should be named as Respondents in the above-referenced charge. I am requesting the EEOC's approval to amend our original charge on file.

## I.    ADDITIONAL RESPONDENTS

In order to ensure that all parties are properly named and held accountable for any discriminatory actions, we are requesting the following individuals be added as Respondents:

### 1.  Atlanta Falcons

Respondent Atlanta Falcons is located at 4400 Falcon Parkway, Flowery Branch, GA 30542; Telephone number: 770-965-3115. The Charging Party had a quasi-employment relationship with

---

1450 West Peachtree St NW Suite 200, PMB 56702, Atlanta, GA 30309-2955



the Respondent Atlanta Falcons subject to an employment contract. Respondent Atlanta Falcons maintained an employment environment that was racially hostile to the Charging Party.

### 2. Dr. Ken Mautner

Dr. Mautner is an employee of Emory University School of Medicine, Emory Healthcare Inc., and Emory Clinic, Inc.

### 3. Dr. Scott Boden

Dr. Boden is an employee of Emory University School of Medicine, Emory Healthcare Inc., and Emory Clinic, Inc.

We believe these entities and individuals played a direct role in the discrimination experienced by Charging Party. As such, we respectfully request that the EEOC approve our request to add them as Respondents.

## II.    CONTINUING DISCRIMINATION POST-CHARGE FILING

Following the initial charge filing, the Charging Party remains in a working environment that is racially biased and hostile, perpetuated by the Respondent Employer. Particularly in February 2024, Dr. Mines faced derogatory and unprofessional correspondences from Office Manager Chelsea Richardson, and despite the involvement of Dr. Boden and Dr. Mautner in the communication (as they were copied), there was a lack of intervention.

Respondents Dr. Boden and Dr. Mautner have created an environment where it is acceptable for a subordinate to communicate with Dr. Mines in a tone that they would not tolerate for themselves. The tolerance exhibited by Dr. Boden and Dr. Mautner towards such demeaning interaction towards Dr. Mines, not protective of their expected professional decorum, exemplifies the disparaging treatment they endorsed against Dr. Mines, facilitated by Ms. Richardson's actions with their implied approval.

## III.    RETALIATION AFTER FILING CHARGE

Following the filing of the original EEOC Charge, Dr. Mines has continued to experience discrimination based on race and retaliation. Respondent Employer failed to protect Dr. Mines from retaliation after filing the original Charge.

1450 West Peachtree St NW Suite 200, PMB 56702, Atlanta, GA 30309-2955



Beginning in or around August 2023, Dr. Mines was subjected to a racially hostile work environment due to the conduct of an Atlanta Hawks head team physician. Specifically, after filing the original EEOC Charge, Dr. Ken Mautner denied Dr. Mines the opportunity to cover Atlanta Hawks games. Dr. Mines had previously expressed his desire to cover more National Basketball Association (NBA) games.

Additionally, the NBA preferred associate team physicians to cover at least 11 games per season. Despite being the most qualified and experienced team physician, Dr. Mines was never asked to cover additional games. In or around January 2024, coverage of three games was changed to Dr. Casey Wagner instead of Dr. Mines. This was one of many slights experienced by Dr. Mines.

Furthermore, Respondent Dr. Mautner denied Dr. Mines the opportunity to be promoted from his role as lead team physician for the Atlanta Hawks. Instead, Dr. Mautner made an effort to make Dr. Scott Kleber the third lead team physician for the Atlanta Hawks.

On January 29, 2024, Dr. Mautner circulated an updated Hawks coverage schedule. Dr. Mines noticed that the March 10, 2024, game lacked the required third medical physician. Dr. Mines sent Dr. Mautner a text on February 2, 2024, offering to cover the game. A few hours later, Dr. Mautner replied, "Thanks, we have it taken care of." Dr. Mines sent a follow-up text to Dr. Mautner on February 5, 2024, asking who was covering. He never received a reply.

On February 21, 2024, Dr. Mines had dinner with some colleagues, including Dr. Casey Wagner. This was the first year Dr. Wagner had covered any Hawks games, and he had been assigned four games. As soon as Dr. Wagner sat down at the table, without any prompting, he confessed that "[Dr. Mautner] asked me to cover that game on March 10th, but he said that he wasn't going to put my name down on the updated schedule for other reasons. I just do what I'm told."

The Atlanta Hawks game on March 10th was originally supposed to be covered by Dr. Amadeus Mason (a Black physician), but Dr. Mason was only given one game. Dr. Mason had told Dr. Mines when the original schedule came out (in September 2023) that it didn't make sense for him to go through the entire process just to cover one Hawks game.

Dr. Mautner did not address that game coverage until shortly before he sent the updated coverage schedule on January 29th. Dr. Mautner asked Dr. Wagner about covering the Hawks game shortly (within a day or two) before sending the updated schedule on January 29th.



## IV.    EMORY'S FAILURE TO INVESTIGATE RETALIATION AND RACE DISCRIMINATION COMPLAINTS

On or around November 25, 2023, Charging Party filed an official complaint with Emory's internal EEO department.  After multiple emails and in-person meetings, Dr. Mines was advised that Emory would not investigate his race discrimination complaint because of the overlap between his complaint and the EEOC charge filed.

On February 8, 2024, Charging Party complained to Respondents Boden and Mautner regarding race discrimination and retaliation by Chelsea Richardson. On February 22, 2024, Ruth Vaughn, Emory DEI, advised Charging Party that Emory could not and would not investigate his claim regarding Ms. Richardson because it needed to be handled by Emory Healthcare. At this point, Charging Party has suffered retaliation and ongoing race discrimination without any redress.

Since filing the Charge, Charging Party has filed two additional race discrimination complaints.  On both occasions, the Respondent's Employer failed to investigate his complaints. Emory's refusal to adequately address Dr. Mines' prior complaints about these issues demonstrates their complicity in maintaining an environment that is hostile toward Black employees. Emory's refusal to investigate explicit claims of race discrimination and retaliation is, in itself, a glaring example of the systemic racism deeply ingrained within Emory's structure.

## V.    NEWLY CREATED LOWER-LEVEL POSITION

In 2022, there was another instance of racial discrimination; it is crucial to shed light on the leadership opportunities that were unjustly denied to Dr. Mines. Specifically, Dr. Mines has advocated for the leadership role within the Division of Primary Care Sports Medicine since the Spring of 2022. In the position statement, Emory brazenly attempts to highlight this incident as evidence that Dr. Boden was, in fact, supportive of Dr. Mines.

Respondent devoted several paragraphs in their position statement to convince the Commission that Dr. Boden was a true mentor and supporter to Charging Party. However, after filing the Charge in December 2023, Dr. Boden and Dr. Mautner intentionally retaliated against Dr. Mines by creating a lower-level position for Dr. Mines that neither acknowledged nor provided him with an appropriate role commensurate with his experience.

Specifically, on December 19, 2023, Dr. Mautner announced the creation of the Sports Medicine Outreach Lead – a watered-down version of the Co-Director position Dr. Mines had discussed with Dr. Boden and Dr. Mautner.



On December 20, 2023, an email from Dr. Mautner was sent to the entire department about when it was decided that the co-director position was dead.  Dr. Mautner responded that the decision was made approximately four weeks before the email was sent by Dr. Boden, who was a firm "No" on the co-director position or even a junior/assistant director.

We respectfully urge the EEOC to consider this detailed account of retaliatory and discriminatory actions faced by Dr. Mines after his initial complaint. Despite his qualifications and eagerness to contribute more substantially to the Atlanta Hawks team coverage, Dr. Mines was unjustly sidelined based on decisions made by Dr. Ken Mautner and supported by Dr. Boden. It is particularly disconcerting that Dr. Mines, the most qualified and experienced team physician, was overlooked for game coverages and leadership opportunities he had advocated for since Spring 2022.

Dr. Mines' experiences indicate a clear pattern of retaliation, especially after he filed the original EEOC Charge. The decision to limit his responsibilities and deny him the role of lead team physician—or even the co-director position he had discussed—is indicative of a workplace culture that not only disregards merit but also seems to penalize those who stand up against discrimination.

Additionally, the appointment of Dr. Scott Kleber (white male) as the third lead team physician over Dr. Mines and the preferential treatment towards less experienced white physicians, notably Dr. Casey Wagner, for game coverages showcases an alarming bias that warrants thorough investigation.

This documentation of discriminatory practices, including the creation of a token leadership position that undermined Dr. Mines' expertise and career aspirations, further underscores the need for accountability. Our request to amend the respondents in this charge, alongside highlighting these instances of retaliatory behavior, aims to ensure a comprehensive evaluative process by the Commission.

By bringing to light these injustices, we seek justice for Dr. Mines and hope to catalyze systemic changes within such institutions to prevent future occurrences of discrimination and retaliation. Your thorough investigation into these matters is essential for upholding fairness and equality in the workplace. Please do not hesitate to contact me with any questions or require further information.

Respectfully submitted,

1450 West Peachtree St NW Suite 200, PMB 56702, Atlanta, GA 30309-2955



*Joy White*