## EXHIBIT C



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/03/2024

**To:** Brandon Mines
1690 S. Johnson Ferry Rd NE
Atlanta, GA 30319
Charge No: 410-2023-08798

EEOC Representative and email:    JEROME LOCKE
Federal Investigator
jerome.locke@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. **If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-08798.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
05/03/2024

Darrell E. Graham
District Director

Cc:
John S Snelling
Lewis Brisbois Bisgaard & Smith LLP
600 PEACHTREE ST NE STE 4700
Atlanta, GA 30308

Amy Adelman
Emory University
201 Dowman Drive, Admin 101
Atlanta, GA 30322

Joy White
jwhite@thewhitelegalgroup.com

Joy White
The White Legal Group LLC
1450 W Peachtree NW St # 200, PMB 56702
ATLANTA, GA 30309


Please retain this notice for your records.