**EXHIBIT F**

•••                                                                          87%

**Scott** ›

> Yes. I will circle back with Amy.

Wed, Mar 15 at 8:29 AM

Hi Brandon. Did you get my email with Falcons agreement that needs to be signed electronically?

> Hi Scott. I got it. I am putting together my thoughts about it. Between you and me, there are a few things about the contract that concern me. I can communicate that more later since the first I have seen it was yesterday. I understand that time is if the essence so I will be as quick as I can be with getting back to you with my thoughts. Thanks for your support.

Brandon, it's the same contract you signed last time, only updated compensation and tickets/parking numbers. Falcons and Emory have already signed and legal approved, so we can't make changes.

Sat, Mar 25 at 4:11 PM

Brandon, it's been 10 days and I haven't heard anything from you. I need to move that Falcons contract along.

Sat, Mar 25 at 5:14 PM

> Thanks for the reminder. I am finishing up an email that is outlining the specific items I have questions on. While I know in spirit, it is the "same" document presented in the past, the current landscape has changed and I wanted to fully check on that. I will get that email to you no later than tomorrow.

Thx.

Mon, Mar 27 at 9:33 AM

Brandon, I emailed you a response which I think addresses each of your concerns. If you would like to discuss, I'm free after 8 pm. Otherwise, do need you to sign.

> Ok. Thanks. I will take a look.

Mon, Mar 27 at 6:39 PM

> Got home and doing kids time now. Will give you a call around 8:30pm. I'll text before hand to check that you're free. Thanks.

Thx. Should be fine then.

Text Message

