**EXHIBIT G**

From: Boden, Scott D sboden@emory.edu
Subject: RE: [External] contract
Date: Mar 27, 2023 at 8:39:11 AM
To: Brandon Mines brandonmines@gmail.com
Cc: Hammond, Kyle E. kyle.hammond@emory.edu

Good morning Brandon,

Appreciate your careful review and questions which I will attempt to answer.

The team has requested that Destin be elevated to a higher role than just consulting physician and they are fully aware of his experience and capabilities and qualifications, and thus they want him included in the contract.  This was their request, not ours.  Accordingly, they put the two Medical Physicians in a combined exhibit because the wording is the same and the compensation to Emory is for the two docs combined.  That was the Falcons choice.  This is a contract between Emory and Falcons, not you, and your signature simply signifies that you are aware of the terms of the contract.

The compensation from Falcons to EHC is not the same as the way we distribute dollars for the roles inside EHC.  It is only to record how much the Falcons pay Emory for each category of physician.  For example, Dr. Lamplot's compensation was not separately noted in the contract nor any of the other consulting physicians that may be compensated by Emory for coverage.  How we distribute remains up to us and thus will not be reflected in the Falcons/Emory Contract.

Your team title has always been Head Team Medical and it will not change for 2023 Season.  You are listed as a "voting" member in the NFL PS Directory that just came out, and there are only two voting members for each team, and you are the other voting member for Atlanta. Your title was not written in the prior contract, yet you still have the title. If you would like a letter from the Falcons re-affirming your title for the 2023 season, we are happy to ask them for that.  The Falcons have not put any title other than Head Team Physician into the Emory Contract and that is there choice. The CBA doesn't require the designated Head Team Medical physician to be identified in the multi-year medical contract.

As for tickets, what's in the contract is what the Falcons are comfortable with at this time.  As you know, upon request from individuals the Falcons have periodically increased the ticket assignments without it being in the contract.

Given the above, if you want to participate this season, and I hope you will, I do need you to sign the contract now.
You should be aware that the Falcons can request changes in any of the physicians at any time regardless of whose names are in the contract and I'm sure would be happy to provide you with a letter confirming your current status as Head Team Medical Physician.

You have already delayed this process two weeks without informing us until this weekend and at this point, I need you to sign in the next two days, or I'll have to move along with the rest of signatures and let the Falcons know you have chosen not to sign.  This is the contract format the Falcons have chosen to use and it does not preclude any of the functional preferences that you indicate which are required by the 2020 CBA.

Thanks.
Scott


**From:** Brandon Mines <brandonmines@gmail.com>
**Sent:** Monday, March 27, 2023 12:34 AM
**To:** Boden, Scott D <sboden@emory.edu>
**Subject:** [External] contract

Hi Scott, I appreciate you understanding that I needed time to fully assess the contract and all that it said. As I know you can appreciate, any time one signs a contract it is important to understand what is in it and not in it. Language is everything, and as such, trying to make sure the proper intent is conveyed in the contract is of the utmost importance. To be honest, I wasn't sure when we were going to be talking about the next contract, but I figured that when we did, it would reflect the changes that were made in the most recent CBA. Since this contract has several stakeholders (Falcons, Emory, Physicians), my opinion is that they all need to be properly represented. As far as Emory goes, my first thought (as you have heard me say throughout my career) is to make sure we are not putting ourselves in a position for anyone to question our intent or attention to detail (i.e. make sure our brand is solid). Certainly, I have to look out for myself as well, hence me taking time to figure out how to communicate what's on my mind. As you will see below, the issues I found could affect Emory, as well as myself. I think it would probably be a good idea for you and me to sit down and talk about it all. A lot can be lost in the communication via email, so it may help to explain the nuances of what I do with the team in more detail. For your convenience, see the 2011 CBA and 2020 CBA attached. Thanks for your time!


***The current contract, as it is written, reflects the 2011 CBA and not the new***

***2020 CBA.  There are relevant and important team physician changes. See below for relevant passage from 2020 CBA.***

**Section 1. Club Physician**:

(a) **Medical Credentials**. Each Club will have a board-certified orthopedic surgeon as one of its Club physicians ("Head Team Orthopedist"), and all other physicians retained by a Club to treat players shall be board-certified in their field of medical expertise. Each Club will also have at least one board-certified internist, family medicine, or emergency medicine physician ("Head Team Primary Care Sports Medicine Physician"). Each Club shall designate either its Head Team Orthopedist or its Head Team Primary Care Sports Medicine Physician as the "Head Team Physician." Any Club medical physician (internist, family medicine or emergency medicine) or any Head Team Physician (orthopedic or primary care sports medicine) hired or appointed to that role after the effective date of this Agreement, must have one of the following:

i. A Certification of Added Qualification (CAQ) in Sports Medicine; or
ii. Certification by a current NFL Head Team Physician that the physician has:

a. Three (3) years affiliation with an NFL Club's medical staff, during which the physician must have attended and participated in Training Camp(s), NFL Scouting Combine(s), and a minimum of sixteen (16) games (including preseason and away games); and
b. Comprehensive knowledge of the NFL Head, Neck and Spine Committee's Concussion Protocol, the NFL Policy and Program on Substances of Abuse, the NFL Policy on Performance-Enhancing Substances, the NFL's Behavioral Health Program, the NFL's Pain Management Guidelines, the NFL's policy on spinal injuries, the NFL Emergency Action Plan, the prevention, diagnosis and treatment of Heat-Related Illness

***Head team orthopedist and head team medical doctor have responsibilities specific to them.  Head team physician can be either orthopedist or PCSM. NFL requires both physicians for each team.  Falcons agreement does not address that there are 2 head team physicians (Head team orthopedist and***

*Head team PCSM).*

(d) **Head Team Physicians**. Within an individual Club, either the Head
Team Orthopedist or the Head Team Primary Care Sports Medicine Physician, as applicable,
shall have the exclusive and final authority to determine whether a player is cleared
to return to participation in football activities. All Club personnel involved in performance
optimization activities and/or other health-related issues (e.g., strength and conditioning
coaches and sports performance staff) shall keep the Head Team Physicians fully informed
regarding their activities with Players and shall in no event take any measures inconsistent
with Players' medical care and management overseen by the Head Team Physicians. If
the Head Team Physicians determine that any such areas involve medical care and
management,
the Head Team Physicians shall have the final authority to make, modify or
override decisions in such areas. For the avoidance of doubt, this Subsection is not intended
to impact a player's right to obtain a second opinion as provided in this Article, the
Grievance procedures in Article 43 and Article 44 of this Agreement, or the Injury Protection
and Extended Injury Protection procedures in Article 45 of this Agreement.

## Exhibit A: Services and Compensation for services of Kyle Hammond

2(a). "Attend and provide medical services and coverage at all Falcons games,
camps practices…

> - *Kyle does no medical services, he is there for orthopedic services. This
> is important since I do orthopedic services (they only allow me to do so at
> practice once a week) and medical services (all the time, in person, on
> text/calls/facetime).*

(b). "Furnish and/or arrange for complete medical and surgical services for any
injury or illness sustained by any Falcons player or staff…
  *- Kyle will tell you that I am the one who is involved with the medical
arrangement for players/staff; I have a "rolodex" of physicians and how to contact
them (cell, email). I sometimes use VIP services, but often I arrange directly with the
doctor regarding the player/staff that needs to be seen.*

(c) "Be the "on call" point person at all times for medical emergencies for falcons
players and staff"

*- why is he the person for medical emergencies when I am the head medical team doctor? Not sure why this has to be in here since it is already listed as a duty of mine in the contract*

(h) "Coordinate and supervise a group of first-rate physicians who are leaders in their respective fields (each subject to the reasonable approval of the Falcons) for the ongoing health of players and management of their injuries, to include: Primary Care, Internist, ENT/Head, Ophthalmology, plastic surgery, spine, dentist, nutritionist, etc…

*- see (b) above. Over the years of taking care of professional sports I have a gigantic network of medical doctors I have direct access to (cell numbers) that are happy to see the Falcons players/staff on short notice. And as said above, I already do this for the team.*

**Exhibit B: Services and Compensation for Brandon Mines and Destin Hill**

**1. Compensation** – As compensation for the services to be performed by Dr. Brandon Mines and/or Dr. Destin Hill…

**(a) Annual payment** – the falcons will pay to the Emory clinic the following compensation for services defined herein and the time extended in the performance of those services by Dr. Mines and/or Dr. Hill in semi-monthly installments.

*- and/or is not applicable because only one team medical doctor is considered the head medical team physician. As previously described, the head medical physician has separate responsibilities than the other team medical doctors. As such, it seems compensation should reflect that.*

(b) tickets – 6 season tickets, and 3 parking passes.

*- since I ought to have my own section, not to include Destin, then it would seem I could be assigned my own ticket allocation (just like Kyle Hammond, the other head physician). As a head physician, seems fair to allow me to have more tickets than other medical team doctors. I could share with other medical team doctors as needed, just like Hammond could share (but not required to).*

2. Services

(c) "Be the "on-call" point person at all times for medical emergencies for the

falcons players and staff. Assist, under the guidance of head team physician, to provide appropriate primary care sports medicine coverage in your absence"
   - *since this section should be only referencing me, then no need to state "under the guidance of head team physician". The NFL has clearly stated that the head team physician (which could be either orthopedic or PCSM) and head medical physician function as peers and the title head team physician does not infer that the other head physician works under their guidance.*

3. Replacement of Team Physicians
   a. Upon 6 months prior written notice, to be effective on the 2 or 3 year anniversary from the effective date, Emory may propose a substitute doctor licensed in the state of Georgia to practice medicine and board certified, to replace the head team physician
   - *this verbiage is old and does not reflect the new CBA, which makes it clear that there are 2 head physicians. As such, I would think this section should be directed at both of those positions. As written now, this only protects Kyle Hammond and not me.*

   b. Upon 60 days prior written notice, to be effective any time after the 1 year anniversary of the Effective Date, Emory may propose a First Associate Team Physician licensed in the State of Georgia to practice medicine and board certified, to work alongside the Head team physician ("Proposed First Associate Team Physician").
   - *while I know this was in the last contract, it really has no place in this contract, in light of the 2020 CBA. The other thing is this seems to be a physician position that really does not need to exist. I am not sure why it is even in here.*

One oddity is the very first sentence of the contract, where it states that Destin and I are there for the personal services of Kyle Hammond. What is that about and why does that need to be something stated in a contract?

**Summary of my thoughts:**

Over the years of taking care of the Falcons as their head medical physician, I have gained the respect and attention of those in leadership positions at the NFL. I have

been appointed to the Head, neck, spine committee (and recently been asked to be the sole representative from the NFL physician society (NFLPS) on the committee). I also have been appointed to the Lower extremity injury task force, as well as being the NFL team physician representative on a panel of 3 physicians (task of re-writing the disability program for retired NFL players). I was the NFL team doctor that Allen Sills called in 2020 and asked to do this (out of all the other NFL team doctors). This physician disability panel is a big deal, since we are tasked with re-working how millions of dollars will be distributed to disabled former NFL players. In addition to this, I have been a key member in the development and implementation of the NFL's new HBCU medical student diversity pipeline initiative. The working group I am a part of helped bring to life this initiative, one that brings in medical students from under-represented minorities and allows them to experience what it would be like to be a team doctor for an NFL team. As the only black head medical physician in the entire NFL, this initiative means a lot to me. I say all of this because it shows my stature within the NFL. The reason I even have these positions is because of my position of head medical physician. It has allowed me to have the ability to speak to the right people and be in the right rooms over time. While this may sound like it benefits me (and it does), I firmly believe the biggest benefit is Emory Orthopedics and Sports Medicine. Wherever I go, I carry Emory and the excellence we represent. I think you know that about me by now.

Take home points:

Per current NFL CBA, each team has 2 Head team physicians (Head team orthopedist and head team medical). The NFL grants authority to these physicians (only), regarding clearing a player to return to participation in football activities. Also, the head team physicians have the authority (in their respective roles) to modify and override any decisions made by the athletic trainers, coaches and strength coaches.

One of those doctors assumes the singular title of Head team physician, but the current NFL CBA does not endorse that one head team physician is above/directs/assists the other. The two head team physicians work together and in tandem for the team.

To stay in line with the current NFL CBA, the roles and titles for those 2 doctors should be listed in any contract between the team and physician.

The Head physician that assumes the role of head team physician has the most time commitment with the team, and as such should have the highest reimbursement (i.e. more reimbursement than head medical physician).

The Head physician that assumes the role of head medical physician has more time commitment, expectations and authority from the club than other team medical doctors. For example, being the only doctor that is aware of any players who test positive for substances of abuse (the head team orthopedist is purposely not informed of that). I must keep track of these players and communicate with relevant therapists the players see. Head medical physician also has to communicate with the team mental health professional in regard to medications being used and what status each player has in regard to relevant controlled substance prescriptions they use (i.e. Adderall, Vyvanse, etc.), again - head team orthopedist is not privy to this information. Not to mention, just the general requirements that come up with being in this position. As such, this role should have a better reimbursement than other team medical doctors for the totality of services provided.

Destin Hill does not need to be in this contract that we sign with the team since the NFL has no expectations/obligations and grants no authority to him. If Emory/ Falcons want him on the contract, then at the very least he should have his own exhibit in the contract and not be connected to me with an "and/or" statement. In addition to this, Destin and I are not interchangeable, despite what it seems like on paper. While he has been working with the Falcons as a PCSM team physician, he did not do that role in Arizona. At the risk of speaking out of turn (and by no means passing judgement or being mean about anything), his comfort level is in orthopedics (as witnessed by him working the orthopedic rooms (not medical) at the combine since he has been with the team). I believe this is relevant from the standpoint of how we define these roles. As it is written in the proposed contract, he and I are interchangeable.