**EXHIBIT H**

---

**Kyle** ⟩

Needs ultrasound and exam to hopefully reassure.

Thank you!

> Sure thing. I think I have seen him before as a patient lol. You're welcome.

Awesome
Yea, maybe
He's a good dude

*Sat, Mar 25 at 11:54 AM*

Boden not happy you still haven't signed Falcons contract
If there's an issue, please let him or me know
Just fyi

*Sat, Mar 25 at 1:07 PM*

> I appreciate your reminder. Since Boden is the person with whom I will need to discuss any questions I have, an email is being prepared for him outlining the specific items I have questions on.  While I know in spirit, it is the "same" document presented in the past, the current landscape has changed, and I sought counsel (as is my right) on how this "same document" fits in the current lay of the land with the new NFL mandated requirements.  I am sure Boden will keep you in the loop. Have a nice weekend.

Ok, thanks for the update.
All, good.  He just asked me to remind you each time I said something to you.
Thx

*Thu, Apr 27 at 11:55 PM*

Thanks for covering tonight
Tough loss
Can you help with some exit physicals tomorrow during clinic?

> Hey. Sure. I can help. You're welcome.

Thx buddy
We will knock out together in shifts bw our clinic patients

Should be fairly quick

iMessage

