**EXHIBIT J**

**From:** Xerogeanes, John W
**Sent:** Monday, January 30, 2023 12:53 PM
**To:** Mines, Brandon <bmines@emory.edu>
**Subject:** Re: Lunch Visits

I don't know if anything.  I think they can make a case for not being in pods secondary to HIPPA. But they can come any other place in building.

Sent from my iPhone

On Jan 30, 2023, at 1:43 PM, Mines, Brandon <bmines@emory.edu> wrote:

thanks for you quick reply. first and foremost, I am not talking about eating lunch here at the office. Nadine has never ate lunch here with me. we are talking about random drop in visits (which is 99% of the time with kids).

So, what you are telling me is that there is an Emory policy that no one working here in our building can have a visitor of any type in the pod areas or clinical areas? And if anyone does have a visitor, they either need to wait in their cars until that person is escorted to a conference room or employee-only area (if that visitor wants to come into the building)?

**From:** Xerogeanes, John W
**Sent:** Monday, January 30, 2023 10:21 AM
**To:** Mines, Brandon <bmines@emory.edu>
**Subject:** Re: Lunch Visits

I don't know
I guess just have lunch in Conf room
Can't win this one

Sent from my iPhone

On Jan 30, 2023, at 10:01 AM, Mines, Brandon <bmines@emory.edu> wrote:

For your reference, since we talked about it on Friday. Thanks.

**From:** Richardson, Chelsea
**Sent:** Monday, January 23, 2023 3:33 PM
**To:** Mines, Brandon <bmines@emory.edu>
**Subject:** RE: Lunch Visits

**EXHIBIT J**

Sorry – any visitor. It's a general visitor policy – we can't have them in the pod or other clinical areas where patients and/or patient information is discussed or visible. Its primarily a HIPAA thing.

**From:** Mines, Brandon
**Sent:** Monday, January 23, 2023 3:31 PM
**To:** Richardson, Chelsea <chelsea.richardson2@emoryhealthcare.org>
**Subject:** RE: Lunch Visits

Are the kids the issue or just her? because I find it really odd that there is some sort of policy that my wife can not come see me in my work pod? Am I missing something here?

**From:** Richardson, Chelsea
**Sent:** Monday, January 23, 2023 3:30 PM
**To:** Mines, Brandon <bmines@emory.edu>
**Subject:** RE: Lunch Visits

No worries – thanks for understanding!

Chelsea

**From:** Mines, Brandon
**Sent:** Monday, January 23, 2023 3:29 PM
**To:** Richardson, Chelsea <chelsea.richardson2@emoryhealthcare.org>
**Subject:** RE: Lunch Visits

Never heard that was a policy. Otherwise I would have done things differently. Not trying to not follow certain rules we had, just so you know.

Thanks, will adjust family visits moving forward.

**From:** Richardson, Chelsea
**Sent:** Monday, January 23, 2023 3:14 PM
**To:** Mines, Brandon <bmines@emory.edu>
**Subject:** Lunch Visits

Hey Dr. Mines,

Friendly reminder that any visits from your wife should be done in a non-clinical area and at a time when you're not actively seeing patients. You're welcome to eat lunch with her in an isolated space like the VIP room or the conference room, but she otherwise shouldn't be spending time in the pod or other clinical area. If she arrives early for lunch, please ask her to wait in the car until you're done seeing patients so you can escort her in any employee-only areas for lunch.

Appreciate your understanding

Chelsea