**EXHIBIT K**

**From:** "Hattery, Michael" <michael.hattery@emoryhealthcare.org>
**Date:** February 8, 2024 at 10:53:42 PM EST
**To:** "Mautner, Kenneth" <kmautne@emory.edu>
**Cc:** "Mines, Brandon" <bmines@emory.edu>
**Subject: Re: Triage quality improvement ideas/initiative**

Brandon, let me know if you have some time tomorrow after 10:00 am and I'll try to make sure I'm available. If not, when early next week would work?

Thanks

On Feb 8, 2024, at 10:13 PM, Mautner, Kenneth <kmautne@emory.edu> wrote:

Brandon...
I took everyone else off of this email.  I have reached out to Chelsea's boss, Mike Hattery, I have sent him all the communications/ emails on this subject.  Luckily everything that has been discussed was done via email so there can be an objective 3rd party (Mike) who can look it all over and discuss the situation with you directly.  I'm happy to be involved or not in any future conversations on the topic.
Thanks
Ken

On Feb 8, 2024, at 7:21 PM, Mines, Brandon <bmines@emory.edu> wrote:

Honestly, I never anticipated that my simple request for clarity about my practice would turn into such a complicated situation. I didn't think I was asking for something that would stir up trouble or cause confusion, but it seems to have done just that. It was not my intention at all.

As one of the most tenured physicians in our entire department, I believe I have every right to understand my practice better and raise any concerns I might have. I expected to work with patients who have sports-related injuries, or at least those related to exercise. I didn't expect to see patients in that didn't meet the sports triage (as I have known it to this point).

However, I understand that you all have decided to put these issues on hold until Chelsea returns from leave. I can live with that.

What I cannot, and will not, tolerate, is the disrespectful tone and communication from Chelsea throughout this ordeal. Chelsea has spoken to me disrespectfully and the tone in her emails, which she has copied to you all, feel like she's scolding me. This isn't the first time I've experienced this with her, and I've raised this concern previously with some of you. I also feel like she's twisting my words and trying to paint me negatively by implying things that I have not said.

**EXHIBIT K**

While I'm willing to defer to the leadership on business practices, I refuse to endure ongoing disrespect from Chelsea and it's starting to feel like this behavior is being endorsed by you all.

So, what I'm asking for is a formal write-up of my concerns. Whether you three handle this or if I need to go directly to HR, I want her formally written up and coached on this issue. I won't continue to put up with this. I won't be reprimanded by an office manager.

I look forward to hearing your response on this matter.

Brandon