# EXHIBIT L

-------- Original message --------
From: "Mines, Brandon" <bmines@emory.edu>
Date: 4/26/24 8:37 AM (GMT-05:00)
To: "Boden, Scott D" <sboden@emory.edu>, "Xerogeanes, John W" <jxeroge@emory.edu>, "Mautner, Kenneth" <kmautne@emory.edu>
Subject: Time's Up - This is Goodbye

John, Ken, and Scott,

I write to you this morning with both frustration and relief. It's a challenging moment, as I have decided to resign from Emory. Next Friday will be my last day, and if it weren't for patient and athlete safety, my resignation would be effective immediately.

Entering this role, I was committed to creating meaningful change. In striving for that goal, I've dedicated myself wholly to Emory's mission. However, such dedication has been continuously overshadowed by systemic discrimination within the institution. Specifically, the undeniable fact that, as a Black man, it appears that one's skin color can unjustly impact professional recognition and advancement.

My tenure here has been marred by experiences that have left me deeply unsettled. Despite my focus on excellence, it's been made painfully apparent that my race plays a more significant role here than merit. In the past year alone, overt acts of racism have called my qualifications and competency into question, while treating me differently, and with less respect, than my white colleagues.

When I raised issues about racial injustice, the response was disheartening. My informal and formal complaints seemingly disappeared, unaddressed. This consistent negligence, despite nearly two decades with Emory, signals a lack of support and respect for me as a professional and an individual. Moreover, the stress of ongoing discrimination and retaliation has had severe repercussions, extending beyond professional life into personal struggles with health and familial relationships.

The recent situation involving the Atlanta Falcons exemplifies a climax of these issues. The experience was not only professionally demeaning but also had ramifications on my well-being, leading to physical, emotional, and matrimonial distress.

My decision to resign transcends personal grievance. It is predicated on principle—rejecting a system that overlooks racial discrimination. I depart with the hope that my resignation might prompt Emory to effectuate meaningful change for future Black doctors and professionals.
Leaving after nearly 20 years signifies more than a job change; it means standing up against persistent racial injustices. My departure underscores the imperative for a fair and supportive work environment, which I find absent here.

After repeatedly complaining about race discrimination, it's clear that Emory is not going to change, so I must prioritize my health and my family's well-being over continued association with an institution that refuses to change. I will no longer bring value to an organization that does not value me.

Dr. Brandon Mines