# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DR. BRANDON A. MINES,
Plaintiff,

v.

EMORY HEALTHCARE, INC., THE
EMORY CLINIC, INC., EMORY
UNIVERSITY SCHOOL OF
MEDICINE, THE ATLANTA
FALCONS FOOTBALL CLUB, LLC,
DR. SCOTT BODEN, and DR.
KENNETH MAUTNER, in their
individual and professional capacities,
Defendants.

CIVIL ACTION NO.:
1:24-cv-02408-ELR-CMS

## WITHDRAWAL OF MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Frederica Joy White asking to withdraw the Motion for Withdrawal of Counsel **Dkt. 100**. This motion was filed in error.

Dated: March 6, 2026

Respectfully
*/s/ Frederica Joy White*
Frederica Joy White
GA Bar No. 753400
**THE WHITE LEGAL GROUP LLC**
1870 The Exchange SE
Suite 220, PMB 56702,
Atlanta, Georgia, 30339-2171
(404) 394-8344
jwhite@thewhitelegalgroup.com

***Attorneys for Plaintiff Dr. Brandon Mines***

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that **WITHDRAWAL OF MOTION FOR WITHDRAWAL OF COUNSEL** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia and has been typed in Times New Roman 14 count.

*/s/ Frederica Joy White*
Frederica Joy White
Georgia Bar No. 753400

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 6, 2026, I electronically filed

**WITHDRAWAL OF MOTION FOR WITHDRAWAL OF COUNSEL** with the

Clerk of Court using the CM/ECF system, which will send notification of such filing

and effectuate service to all counsel of record in this matter.

<div style="margin-left: 40%;">

*/s/ Frederica Joy White*
Frederica Joy White
Georgia Bar No. 75340

</div>